IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HASANI LEE, and TONI WIGGINS,<br><br>Plaintiffs,<br><br>vs.<br><br>OMAHA HOUSING AUTHORITY, Authority Vash Home Mod Programs; and SELDIN COMPANY,<br><br>Defendants. | 8:25CV569<br><br><br><br>ORDER |

This matter is before the Court on the pro se Plaintiffs' Notice of Discrepancy and Clarification of Record. Filing No. 15. Plaintiffs assert Defendant Omaha Housing Authority Vash Home Mod Programs ("OHA") did not file the operative complaint—an amended complaint filed in state court—when OHA removed this action.

The Court takes judicial notice of the state court docket in the District Court of Douglas County, Nebraska at Case No. CI 25-6860.[1] Plaintiffs filed the original complaint against OHA on August 14, 2025. Plaintiffs then filed an amended complaint along with a motion to amend on August 28, 2025 to add Seldin Company d/b/a Kennedy East LTHTC, LLC ("Seldin Company") as a defendant. The Court[2] denied Plaintiffs' motion to amend without prejudice on September 3, 2025. OHA subsequently removed this action but did

---

[1] The court may take judicial notice of the state court docket in a case prior to removal. *Widtfeldt v. IRS*, No. 8:20-CV-87, 2020 WL 5027543, at *4 n.5 (D. Neb. Aug. 25, 2020) (collecting cases).

[2] The Honorable Peter C. Bataillon, District Court Judge for the District of Douglas County, Nebraska.

not include several filings served upon it in state court, including the proposed amended complaint, motion to amend, and Judge Bataillon's order. *See* 28 U.S.C. § 1446(a).

After removal, Plaintiffs moved to amend again to add Seldin Company. The Court granted Plaintiffs' motion to amend because Plaintiffs were still able to amend as a matter of right. Filing No. 13; s*ee* Fed. R. Civ. Proc. 15(a)(1)(B). Plaintiffs' amended complaint is located on the docket at Filing No. 7.

Plaintiffs subsequently moved to amend a second time. Filing No. 14. The proposed amended complaint Plaintiffs attach to their second motion to amend is the same as the amended complaint the Court already permitted.

Accordingly,

IT IS ORDERED:

1) Defendant OHA shall supplement its notice of removal to include a copy of all process, pleadings, and orders served upon it in the state court action by October 8, 2025.
2) Plaintiffs' Motion for Leave to File Amended Complaint, Filing No. 14, is denied as moot. The Court previously allowed this amendment, Filing No. 13, and the amended complaint is located on the docket at Filing No. 7.
3) The Clerk of the Court shall mail Plaintiffs a blank summons form (AO 440) for Plaintiffs to request summons for Defendant Seldin Company.

Dated this 1st day of October, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge